IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

V.                                                                                  NO. 3-17-MJ-192-BK

JOHN RAYNE RIVELLO (1)

## GOVERNMENT'S MOTION FOR LEAVE
## TO DISMISS CRIMINAL COMPLAINT

Pursuant to Fed. R. Crim. P. 48(a), the government respectfully moves for leave to dismiss without prejudice the complaint against defendant John Rayne Rivello. The government further asks this Court to vacate the Order Setting Conditions of Release (Doc. 3) as modified (Docs. 11, 13, and 21).

Respectfully submitted,

JOHN R. PARKER
United States Attorney

*S/ Candina S. Heath*
CANDINA S. HEATH
Assistant United States Attorney
1100 Commerce, 3rd Floor
Dallas, Texas    75242
candina.heath@usdoj.gov
Texas Bar # 09347450
Tel:   214-659-8600
Fax:   214-767-2946

**Government's Motion for Leave to Dismiss Criminal Complaint—Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that on Novmeber 16, 2017, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to Rivello's attorney of record, who consented in writing to accept this Notice as service of this document by electronic means.

S/ Candina S. Heath
CANDINA S. HEATH
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

I hereby certify that I have had multiple conversations with Rivello's attorney in August and September 2017 regarding the substance of this motion, and he advised that he did not oppose dismissing the criminal complaint, without prejudice.

S/ Candina S. Heath
CANDINA S. HEATH
Assistant United States Attorney

**Government's Motion for Leave to Dismiss Criminal Complaint—Page 2**